# United States Bankruptcy Court
## Middle District of Pennsylvania

In re:
Kevin J. Faherty
       Debtor

Case No. 16-01017-JJT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5       User: karendavi       Page 1 of 1       Date Rcvd: Aug 31, 2016
                        Form ID: ntcltrdb       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2016.
4762177       +Scranton Sewer Authority,   312 Adams Ave.,   Scranton, PA 18503-1651

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2016                Signature:  _/s/Joseph Speetjens_

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2016 at the address(es) listed below:
       Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
       Joshua I Goldman   on behalf of Creditor   Wilmington Savings Fund Society et al...
       bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
       Tullio  DeLuca   on behalf of Debtor Kevin J. Faherty tullio.deluca@verizon.net
       United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                          TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Kevin J. Faherty  
aka Kevin John Faherty, aka Kevin Faherty  
Debtor(s)

Chapter      13

Case No.     5:16−bk−01017−JJT

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#5) has been filed by the Debtor on behalf of Scranton Sewer Authority in the amount of $1,852.47.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: karendavis |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 31, 2016 |