# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin J. Faherty aka Kevin John Faherty aka Kevin Faherty <br> _Debtor_ | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust <br> _Movant_ <br> vs. | NO. 5:16-bk-01017-JJT |
| Kevin J. Faherty aka Kevin John Faherty aka Kevin Faherty <br> _Debtor_ | Nature of Proceeding: Motion for Relief |
| Charles J. DeHart, III <br> _Trustee_ | |

**REQUEST TO CONTINUE HEARING WITH CONCURRENCE**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance; both parties are attempting settlement.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: September 19, 2016

**/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Attorney for Moving Party
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322
Fax (215) 825-6406