THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

*************************************************************************

IN RE:                             :
                                   :     **CASE NO. 5:16‑bk‑01017‑JJT**
**Kevin J. Faherty**               :
                                   :     **CHAPTER 13**
                                   :
                                   :
                                   :
        **Debtor(s)**              :

*************************************************************************

DEBTORS' PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST
PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1129(a)(14),
1225(a)(7) AND 1325(A)(8) AND (a)(9)

*************************************************************************

I, **Kevin J. Faherty**, upon my oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on October 18, 2016

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor(s), that the Debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

   I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Date: October 13, 2016                     /s/Kevin J. Faherty
                                           **Kevin J. Faherty**

Case 5:16-bk-01017-JJT    Doc 39    Filed 10/13/16    Entered 10/13/16 10:55:07    Desc
Main Document    Page 1 of 1