IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kevin J. Faherty aka Kevin John Faherty aka Kevin Faherty<br>　　　　　　　Debtor | BK NO. 16-01017-JJT<br><br>Chapter 13 |
| **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust**<br>　　　　　　　Movant<br>　　　vs. | Pleading: Motion for Relief |
| **Kevin J. Faherty aka Kevin John Faherty aka Kevin Faherty**<br>　　　　　　　Debtor | |
| **Charles J. DeHart, III**, (Trustee) | |

## REQUEST TO REMOVE FROM THE HEARING LIST

CHECK ONE:

___ The undersigned hereby withdraws the above-identified pleading with the consent of the opposition, if any.

**X** The undersigned counsel certifies as follows:

(1)　　A settlement has been reached which will be reduced to writing, executed and filed within forty-five (45) days.

(2)　　If a stipulation is not filed or a hearing requested within forty-five (45) days, it is understood that this proceeding will be dismissed without prejudice.

(3)　　Contemporaneous with the filing for this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 14, 2016　　　　　　　**/s/ Joshua I. Goldman, Esquire**
　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.