```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 16-01017-JJT
Kevin J. Faherty                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: REshelman     Page 1 of 1     Date Rcvd: Oct 17, 2016
                       Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2016.
db           +Kevin J. Faherty,    528 Wintermantle Ave.,    Scranton, PA 18505-2630

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                                          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2016 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
         Joshua I Goldman    on behalf of Creditor    Wilmington Savings Fund Society et al...
          bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         Tullio DeLuca    on behalf of Debtor Kevin J. Faherty tullio.deluca@verizon.net
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                     TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kevin J. Faherty aka Kevin John Faherty aka Kevin Faherty<br>_Debtor_ | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust<br>_Movant_<br>vs. | NO. 16-01017-JJT |
| Kevin J. Faherty aka Kevin John Faherty aka Kevin Faherty<br>_Debtor_ | 11 U.S.C. Section 362 |
| Charles J. DeHart, III<br>_Trustee_ | |

**ORDER**

Upon consideration of the stipulation ( docket 41), it is hereby ORDERED that the Stipulation is approved by the Court.

Dated: October 17, 2016

By the Court,

_[signature]_

John J. Thomas, Bankruptcy Judge
(RPR)