```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                    Case No. 16-01017-JJT
Kevin J. Faherty                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: REshelman        Page 1 of 1              Date Rcvd: Apr 04, 2017
                            Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2017.
db             +Kevin J. Faherty,    528 Wintermantle Ave.,    Scranton, PA 18505-2630

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society et al...
           bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor   Wilmington Savings Fund Society et al...
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Tullio  DeLuca    on behalf of Debtor Kevin J. Faherty tullio.deluca@verizon.net
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                       TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kevin J. Faherty aka Kevin John Faherty aka Kevin Faherty<br>Debtor | Chapter 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust<br>v.<br>Kevin J. Faherty aka Kevin John Faherty aka Kevin Faherty<br>and<br>Charles J. DeHart, III<br>Trustee | NO. 16-01017-JJT |

## ORDER

Upon Consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on    it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 3621 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C.  Section 362  (if applicable), is modified to allow Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 528 Wintermantle Drive Scranton, PA 18505.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Dated: April 4, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)